UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:09-MJ-1334EAJ | DATE: | September 8, 2009 |
|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | INTERPRETER: | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>BEAU DIAMOND | | LANGUAGE: | |
| | | **GOVERNMENT COUNSEL**<br>Brian Albritton | |
| | | **DEFENSE COUNSEL**<br>Adam Allen, AFPD | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:05-11:02 | **TOTAL:** | **PROBATION:** | |
| | | **COURTROOM:** | 12B |

**PROCEEDINGS: PRELIMINARY EXAMINATION/BOND HEARING**

Preliminary Examination conducted - SA Billings testified; probable cause established.
Govt position on release or **detention**: same position as related 9/2; all properties offered are in foreclosure; no stable employment; defrauded over 200 investors of $37 million.
Deft requests bond: Family has $50,000 in cash w/some property, and family members would co-sign bond; could reside with mom and she would employ him; submit to EM
Court hears from family members regarding property available.   Matter taken under advisement.