UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

**v.**            **Case No. 8:09-MJ-1334EAJ**

**BEAU DIAMOND,**

 **Defendant.**
_____/

## ORDER OF DETENTION

THIS CAUSE is before the court on an initial appearance and bail/detention hearing. The Defendant stands accused by criminal complaint of wire fraud and money laundering activity in connection with his conduct of Diamond Ventures LLC, a company which solicited investors' funds for investing in the foreign currency exchange market (forex). By the government's allegations, investors were lured into the investments by false representations concerning risks and guaranteed returns. Some monies were invested in forex and some returns were paid but ultimately, Defendant's company operated as a classic ponzi scheme. False statements of customer accounts concealed the true losses. By the government's allegations, the Defendant received in excess of $37 million in investor funds, about $15 million of which was actually traded. While some monies were repaid to investors as returns on their investments, and some monies were invested elsewhere, the allegations are that the trading activity of the company was unsuccessful and most investors lost all their money. The Defendant allegedly personally misappropriated more than a million dollars used on travel and lavish lifestyle. The government seeks detention on grounds that he is a risk of

flight and urges that the Defendant has done a number of things to avoid detection and apprehension and cannot be trusted to remain in the Middle District of Florida. On the other hand, the Defendant proffers that he has significant ties to the middle district with both parents residing here. His mother offers him a job and his father is willing to deposit $50,000 from a certificate of deposit into the registry of the court to secure Defendant's release. Both are willing to co-sign a personal surety bond for $500,000. Additionally, Defendant agrees to surrender his passport and to abide by any other conditions the court may wish to impose. From evidence adduced at the preliminary hearing, it is apparent that the government has traced the funds invested with Defendant and has not found any sizeable amounts of money remaining available to the Defendant. Apart from a drivers license violation, the Defendant has no prior criminal history.

Upon consideration, apart from the money offered by the Defendant's father, the security offered is rather illusory. Although the parents reside in properties with sizeable market values, both properties appear to be in foreclosure and neither parent appears capable of maintaining the monthly expenses for those properties nor satisfying any sizable surety bond. On the whole, the court is not left with a secure feeling in light of the nature of the allegations, the extent of the monies allegedly fraudulently procured by the Defendant, and the potential punishment in the case. At present, the court finds that the Defendant is a risk of flight and his request for bond is **denied.** Accordingly, the Defendant is ordered **DETAINED** The Defendant may revisit this order should circumstances warrant.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable,

from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**Done and Ordered** in Tampa, Florida this 10th day of September 2009.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Brian Albritton, Assistant United States Attorney
Adam Allen, Attorney for Defendant
U.S. Marshal